Submitted June 29, affirmed July 28, 2021

MICHAEL ANTHONY LUJAN,
*Petitioner-Appellant,*

*v.*

STATE OF OREGON,
*Defendant-Respondent.*

Jackson County Circuit Court
18CV18743; A173763

491 P3d 833

Timothy C. Gerking, Judge.

Jedediah Peterson and O'Connor Weber LLC filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Rolf C. Moan, Assistant Attorney General, filed the brief for respondent.

Before Lagesen, Presiding Judge, and James, Judge, and Kamins, Judge.

PER CURIAM

Affirmed. *Zimmerman v. State of Oregon*, 191 Or App 52, 54, 79 P3d 910 (2003).